

# Fourth Court of Appeals
## San Antonio, Texas

May 27, 2022

No. 04-22-00132-CV

Dawn **MOLLOY**,
Appellant

v.

Ana and Michael **LITOFSKY**,
Appellees

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2022CV00020
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Appellant's brief was due on May 26, 2022. *See* TEX. R. APP. P. 38.6(a). However, to date, Appellant has not filed the brief or a motion for extension of time to file the brief.

We ORDER Appellant to show cause in writing within TEN DAYS of the date of this order why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b), (c); *Elizondo v. City of San Antonio*, 975 S.W.2d 61, 63 (Tex. App.—San Antonio 1998, no pet.). Appellant's written response must include a reasonable explanation for Appellant's failure to timely file the brief. *See* TEX. R. APP. P. 38.8(a).

**If Appellant fails to show cause as ordered, this appeal will be dismissed without further notice.** *See id.* R. 42.3(b), (c); *Elizondo*, 975 S.W.2d at 63.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of May, 2022.



Michael A. Cruz,
Clerk of Court